UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ERIC DEWAYNE CURTIS | * | CIVIL ACTION NO. 2:17-CV-00562 |
| VERSUS | * | |
| MICHELS CORP., ET AL. | * | UNASSIGNED DISTRICT JUDGE |
| | * | MAGISTRATE JUDGE KAY |

****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 24) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the defendant's objections (Rec. Doc. 26), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Remand (Rec. Doc. 12) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 33rd Judicial District Court, Allen Parish, Louisiana.

Shreveport, Louisiana, this 14 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE